## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Crystal Wilson

                                     Plaintiff,

v.                                                                            Case No.: 1:19–cv–01993
                                                                           Honorable Andrea R. Wood

Redbox Automated Retail, LLC

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 30, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion and Status hearing held. The Court sets the following briefing schedule on Defendant's motion to compel arbitration and stay proceedings [12]: Plaintiff shall respond by 6/4/2019 and Defendant shall reply by 6/25/2019. Status hearing set for 8/29/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.