# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Crystal Wilson

                                  Plaintiff,

v.                                                         Case No.: 1:19–cv–01993
                                                                  Honorable Andrea R. Wood

Redbox Automated Retail, LLC

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 3, 2020:

        MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court, 14 days after the Court's ruling on Defendant's motion to compel [12], the parties shall meet and confer and file a joint status report that states the parties' views regarding prospects for settlement and a discovery schedule. Status hearing set for 4/29/2020 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.