## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CRYSTAL WILSON, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:19-CV-01993 |
| v. | ) ) | |
| REDBOX AUTOMATED RETAIL, LLC, | ) ) ) | Hon. Andrea R. Wood |
| *Defendant*. | ) | |

## **STIPULATION TO DISMISS**

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. Plaintiff's putative class claims are dismissed without prejudice and without costs. This dismissal disposes of the entire action.

Respectfully submitted,

                                                                             CRYSTAL WILSON

                                                                             By:  /s/ Eugene Y. Turin

                                                                                 One of Plaintiff's Attorneys

Eugene Y. Turin
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Tel: (312) 893-7002
eturin@mcgpc.com

*Attorneys for Plaintiff*

                        REDBOX AUTOMATED RETAIL, LLC

                By: /s/ Martin W. Jaszczuk
                    One of Defendant's Attorneys

Martin W. Jaszczuk
Margaret M. Schuchardt
Tamra Miller
JASZCZUK, P.C.
30 South Wacker Drive, Suite 2200
Chicago, IL 60606
Tel: (312) 442-0509
Fax: (312) 442-0519
mjaszczuk@jaszczuk.com
mschuchardt@jaszczuk.com
tmiller@jaszczuk.com

*Attorneys for Defendant Redbox Automated Retail, LLC*